UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED PRO SE OFFICE
2016 JAN -5 AM 9: 41

William Escalera
(full name of the plaintiff/petitioner)

-against-

DHS- Samaritian Village,
News Shelter
(full name(s) of the defendant(s)/respondent(s))

2015 CV NY 080 (08)(4)
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

16 CV 0079

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) if I am granted IFP status, the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

12/25/15
Date

William Escalera
Signature

Escalera, William
Name (Last, First, MI)

349151/126
Prison Identification #

MDC 125 White Street   New York   N.Y.   10013
Address                  City          State   Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 8/5/15