UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM ESCALERA,<br><br>       Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF HOMELESS SERVICES SAMARITAN VILLAGE,<br><br>       Defendant. | 16-CV-0079 (LAP)<br><br>16-CV-0645 (LAP)<br><br>CIVIL JUDGMENT |
| WILLIAM ESCALERA,<br><br>       Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF HOMELESS SERVICES SMARITAN VILLAGE MEN'S SHELTER,<br><br>       Defendant. | |

   Pursuant to the order issued May 9, 2016, dismissing these actions without prejudice,

   IT IS ORDERED, ADJUDGED AND DECREED that these actions are dismissed without prejudice under 28 U.S.C. § 1915(g), subject to reopening if Plaintiff pays the $400 in relevant fees to commence either action within thirty days. Plaintiff continues to be barred from filing any future federal civil action under § 1915(g) while a prisoner unless the allegations bring the complaint within the terms of § 1915(g)'s "imminent danger" exception.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff at the address listed in the Court's order and note service on the docket.

SO ORDERED.

Dated: May 9, 2016
       New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Chief United States District Judge