UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*William Escalera Jr.*

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

*Dept. of Homeless Services / Samaritan Village men's Shelter Human Resources Administration People of the State of New York.*

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 31 2016

16 Civ. 0079 (LAP)

16 Civ. 0645 (LAP) ( )

**NOTICE OF MOTION**

**RECEIVED**

MAY 27 2016

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
SDNY

**PLEASE TAKE NOTICE** that upon the annexed affirmation of *William Escalera Jr.*
*(name)*

affirmed on *MAY 24*, 20*16*, and upon the exhibits attached thereto *(delete if no*
*(date)*

*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before

*Loretta A. Preska*, United States District/Magistrate Judge, for an order
*(Judge's name)*                                                           *(circle one)*

pursuant to Rule *28 U.S.C. §1915  N/A* of the Federal Rules of Civil Procedure granting *(state what you want the*
*(circle one)*

*Judge to order)*: *I Have excessively stated what I wish the Honorable Chief*
*Judge Loretta A. Preska United States District to order $ 50,000*
*for the Injuries, Stolen property, and monetary relief I sustained*
*in this Entitled action*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *New York, N.Y.*
*(city)    (state)*

*MAY 24, 20 16*
*(month)  (day)  (year)*

Signature *William Escalera Jr.*
Address *BHADC 275 Pleasant Avenue*
*Brooklyn New York 11201.*
Telephone Number _____
Fax Number *(if you have one)* _____

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_William Escalera, Jr._

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

16 CV. 0079 (LAP).

16 Civ. 0645 ( ) ( )

- against -

_Dept. of Homeless Services / Samaritan Village_
_Men's Shelter / Human Resources Administration /_
_People of the State of New York_

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**AFFIRMATION IN
SUPPORT OF MOTION**

RECEIVED
SDNY PRO SE OFFICE
2016 MAY 31  PM 12: 22

I, _William Escalera Jr_ **affirm under penalty of perjury** that:
   *(name)*

1.    I, _William Escalera,_ am the plaintiff/defendant in the above entitled action,
          *(name)*                                    *(circle one)*
and respectfully move this Court to issue an order _Relief in this Entitled action $ 50,000_
_for pain, suffering, and injury, the Damage, Loss property and monetary relief_
                                                *(state what you want the Judge to order)*

2.    The reason why I am entitled to the relief I seek is the following *(state all your reasons*
*using additional paragraphs and sheets of paper as necessary):* _I Have stated the relief I seek_
_and reasons why on additional sheets of paper, using additional_
_paragraphs._

**WHEREFORE**, I respectfully request that the Court grant this motion, as well as such

other and further relief as may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  _5/24_ , _16_                    Signature _William Escalera Jr._
          *(city)*       *(state)*          Address _BRAdC. 275 Atlantic Avenue_
_MAY_  _24_ , 20 _16_               _Brooklyn New York 11201._
   *(month)*   *(day)*   *(year)*          Telephone Number _____
                                                Fax Number *(if you have one)* _____

*Rev. 05/2010*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_William Erenlern Jr._____

_(List the name(s) of the plaintiff(s)/petitioner(s).)_

16 cv. 0079 (LAP)

16 Civ. 0645 (LAP)

### AFFIRMATION OF SERVICE

- against -

_Dept. of Homeless Services / Samantha_
_Wilhee wen's Shelter, Human Resources_
_Administral People of the State of New York._

_(List the name(s) of the defendant(s)/respondent(s).)_

I, _(print your name)_ _William Erenlern Jr._, declare under penalty of perjury that I

served a copy of the attached _(list the names of the documents you served):_ _The CSBone Association_
_Confirmation letter, medical records, along with paragraphs._
_Details._

upon all other parties in this case by _(state how you served the documents, for example, hand delivery,_

_mail, overnight express)_ _by mail_ _____ to the

following persons _(list the names and addresses of the people you served):_ _District attorney Cyrus R._
_Vance Jr. / Hogan Place New York 10013, Supreme Court Hai: Bonnie G._
_Wittner (Part 61) 100 Centre Street New York 10013, Defense attorney_
_John F. Buza, 20 Vesey Street New York 10007. Suite 1200_

on _(date you served the document(s))_ _MAY 24, 2016._

_5/24/16._
_____
Dated

_William Erenlern jr_
_____
Signature
_DHMC. 245 Atlantic avenue_
_____
Address
_Brooklyn New York_
_____
City, State
_11201_
_____
Zip
_____
Telephone Number
_____
E-Mail Address

Rev. 01/2013

United States District Court
Southern District of New York

MAY 23, 2016.

RE: William Escalera Jr. -VS- Dept. of Homeless Services/Samaritan Village men's
Shelter. Human Resources Administ./ People of the State of New York.
Ind # 5111-15, (16-CV-0079, 16-CV-0645(LAP), Ind # 100198/16 Claimant #
2016A001946

Dear Clerk of the Court:

I am the petitioner mentioned above in the Entitled action. Currently,
I am detained at BKADC Located at 275 Atlantic Avenue. Brooklyn New York,
11201. I am personally familiar with the facts and circumstances stated herein
to the best of my knowledge, information and belief.

(i.) I am a gay, Homosexual, Homeless male who Suffers from medical
and mental Health Disabilities Such as Depression. High blood pressure, Eczema,
asthma and Seizures. I have been discriminated against by the above mentioned
parties in this Entitled action, who throughout the years have used their
Job Descriptions as a code of Honor to be biased and corrupt, of prejudice
opinions..." medical records by Docas are submitted as of the 13th Day of
December 2015 Soon after arrest by P.O. June Li # 2A560 of the 17th Precinct
on the 11th Day of December, 2015. which is very much not clear because
of this Same night at Samaritan Village men's Shelter located at 225 E. 53rd
(Street 3rd) Avenue New York 10022. I had awaken in New York presbyterian
Hospital with Wrist Hand cuffed to bed (Left Hand-Side on the 12th Day of December
2015. ? I was not processed, finger printed or read my (miranda) rights at all.)

because I was admitted and Hadell been to Supreme Court or admitted upon Doccs manHattan House Detention Center until the 13th Day of December, 2015, who reported first to the Scene on the 11th Day of December 2015 at approx 8:00 pm or so thereafter at Samaritan Village mens Shelter? Was it the police or the ambulance?

(2.) Pursuant to the order issued on the 9th Day of May 2016, isn't it prejudice Biased, and Discriminative under 28 U.S.C. § 1915 if I Were to pay the $400 in relevant fees to commence either period within 30 Days I will still be barred because I am not in imminent Danger?— (Define this Statement) the only relief I will seek from this Court will be When Death over Takes me, That's When CHannel 7 or 11 news will report How a Gay, Homosexual, Homeless male aka Soubull from the authorities by filing grievances under Doccs, being placed in prison because he was attached Hais Bentewed by the Homeless Shelter for men Samaritad Village whom has Constantly been under investigation for the outings, stabbings, illegal Searches, abuse, and threats. The illegal Distribution of Drugs" Narcotics" by Staff and clients who work or are residents of this facility... was killed because the authorities refused to believe his Statements. Then it will go on to State how my past criminal History may have Contributed to Some of these charges.? I read about Stories Such as this all of the time!!

(3.) "The Fruit of the Poisonous Tree" What I do not understand, if my alleged allegations are So false why hasn't there been any investigation into this Horrific Charge by going to Samaritan Village mens Shelter and checking their Log books. How I received carefare" metro cards to report to parole Supv. Brooklyn District, (AKA and) an out-patient program Vida family Services, Palladia, and NYCHSn... ALSO to the family Health Institute of Harlem. 1824 madison ave, 119th Street New York 10038. "my primary care Doctors office." On the 11th Day of December 2015 at approx 8:00am I received metro cards, to report to this address for appt. with therapist.

Where are the 14 medical reports that I was admitted in the main lobby by metal detector intake area.? Where are the medical reports indicating that I had slashed staff member with razors across the arm..? When the razor was found not on me but A few feet distance away.?. In february, 2016 I submitted a motion to the Courts Supreme, and acting Defense attorney for investigator to Support my allegations.? There has been none, only those of the Defendants in this matter...

(4.) "the Revolving Doors" "If I've been Homeless for the past 14 yrs, imprisoned for the past 13 yrs, gay, or homosexuality disavow, most of my life and Suffered from mental and medical disabilities How in the hell do I find means to have a job, resources to pay for Housing without being Discriminated against. Then I Keep being denied for SSI/SSP Disability funds because I Kept returning to Docas on parole Violations from my past felony Id # 2520/03 Robbery in the Second Degree. P.L.S 160.10° Siding with others. I completed parole Supv. On the 13th Day of april 2015. After being imprisoned to 7 yrs determined Term. I sought (Nycha) New York City Housing authority through my medical care providers office, and Sought the Legal firm of Binder & Binder to Admins!, appeal SSI/SSP disability. November 2014 and march, 2015, both are still pending !! Where did the Dept. of Homeless Services, (Docas) Dept. of Corrections Community Supv. (Parole Supv. or The mandated programs I attend) Help me in my Current situations? They didn't because I'm Hispanic, Homeless, gay and poor, it Landed me right back into prison. I was under imminent Danger and Serious physical injury. I brought this Complaint under the New York City Comptroller, Mr. Scott M. Stringer, I have been trying to Seek a civil Lawyer but Have not been Successful...

Respectfully yours!

William Escalera Jr.

(B & C # 349151 4126)
(Ny.S.Id # 6334289H)



**The Osborne Association**
Transforming Lives, Communities
and the Criminal Justice System

**Date: May 23, 2016**

Re: William Escalera

**BOARD OF DIRECTORS**
*Chair*
Jeffrey G. Smith

*President*
Frederik R.-L. Osborne

*Secretary*
Zelma Weston Henriques

*Treasurer*
Victor F. Germack

*Directors*
Carol Hill Albert
Ralph S. Brown, Jr.
Thomas E. Clancy
Gregory L. Curtner
Richard Fuller, MP
David T. Goldberg
Adam Hellegers
Clay Hiles
James E. McGreevey
Cindy D. Ness
Elizabeth E. Osborne
Lithgow Osborne
Andrew Potash
Carol Shapiro
Anthony R. Smith
Charles Toder
Katrina vanden Heuvel
Mark Walter
Alfonso Wyatt

*Executive Director*
Elizabeth Gaynes

*Assoc. Exec. Director*
Carolina Cordero Dyer

*Assoc. Exec. Director*
Patricia Ritchings

*Assoc. Exec. Director*
John Valverde

*Assoc. Exec. Director*
Susan Gottesfeld

www.osborneny.org
info@osborneny.org

To whom it may concern:

This letter serves as confirmation for Mr. William Escalera who was referred to the Osborne Association through the New York City Department of Correction - Individualized Corrections Achievement Network (ICAN) program since April 2016.  I-CAN is an innovative jail-based community re-entry program focusing on people assessed to be at high risk for re-incarceration. While incarcerated, individuals receive the following services: Creative Writing and Job Readiness Training Workshops, Anger Management and Financial Literacy Groups, Housing and Employment referrals and Weekly Support Groups (upon release).

Mr. William Escalera continues to be an active member and a positive contributor to the ICAN program at Brooklyn Detention Center. He comes prepared to groups and participates frequently. Currently, he is working towards completing various workshops and training such as: MRT Employment, Anger Management, Financial Literacy and Creative Writing. Additionally, he will be registered for the 10- Hour OSHA training and will use this certification to obtain employment upon release. Mr. William Escalera has expressed to me that he is ready for rehabilitation and understands that this can only be achieved through guidance and hard work. If you have any further questions, feel free to contact me at: 175 Remsen Street, 8th Floor, Brooklyn, NY 11201 or call (347) 505-6644.

Sincerely,

Waheeda Sohan, MSW

Senior Re-Entry Specialist

wsohan@osborneny.org

| • Administration | 809 Westchester Avenue, Bronx, NY 10455 | 718-707-2600 | Fax: 718-707-3102 |
| Bronx | 809 Westchester Avenue, Bronx, NY 10455 | 718-707-2600 | Fax: 718-707-3102 |
| Brooklyn Site | 175 Remsen Street, Suite 800, Brooklyn, NY 11201 | 718-637-6560 | Fax: 718-237-0686 |
| Poughkeepsie Site | 25 Market Street, 6th Floor, Poughkeepsie, NY 12601 | 845-345-9845 | Fax: 845-849-0621 |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

William Escalera Jr.

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV-0079 ( LAP
16 CV 0640 ( LAP )( )

-against-

**NOTICE OF APPEAL**

Dept. of Homeless Services, Samaritan Village new's Steller, Human Resources Administ People of The State of New York.

_____
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Dept. of Homeless Services Samaritan Village new's Steller Human Resources Administ People of the State of New York.
_____
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☑ order  entered on: May 9 2016.
(date that judgment or order was entered on docket)

(NDF) I am barred Due To The 3 Strikes no Submitting Court Filing fees of $400, no because I am imprisoned.
_____
(If the appeal is from an order, provide a brief description above of the decision in the order.)

5/24/16
_____
Dated

William Escalera Ji
_____
Signature

Escalera   William   Jr.
_____
Name (Last, First, MI)

BHDC- 275 Atlantic Avenue, Brooklyn, New York 11201.
_____
Address          City          State          Zip Code

_____
Telephone Number

_____
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

Supreme Court
County of NEW York
100 Centre Street
NEW York, NEW York 10013.

May 18, 2016.

RE: William Escapera Jr. Vs. People of The State of New York /
Samaritan Village men's Shelter (N) 5011-15- / (N) #100/18/16

Dear, Court Clerk;

I am the petitioner mentioned in the above entitled action, I am
personally familiar with the facts and circumstances stated herein;
I am a prisoner who is being detained at BKHDC. Located at
275 atlantic avenue, New York, 11201.

Although, I am personally familiar with all of the facts and statements
hereinafter stated to the best of my knowledge, information and belief, I am a
layperson to the matters of law and seek this court (N) algence for errors,
defects, and faults pursuant to CPLR Article 70, and under 28 U.S.C.
§ 1915(g).

1. according to the defendants accusations in this entire action
of being intoxicated or under the influence of Substance abuse, in
paragraph (2) of affirmation in opposition to petition for writ of Habeas
Corpus, the petitioner will admit his medical records in accordance of
(access) Dept. of Corr. Community Supv. as of the 13th Day of December

2015. No sooner after I had been released from New York Presbyberian Hospital "Located at 5141 Broadway, New York, 10034 on the 12th day of December 2015, In which I still possess the wrist band) indicating of I having been admitted #6030986- 4161644872 on the 11th night of December 2015 Soon there After. of incident at Samaritan Village men's Shelter Located at 225 E. 53rd Street 3rd Avenue. New York 10022. At approx. 9:00 p.m. or So thereafter.

(2) In my Version you are the defendants because I am the writer in this Entitle Action which makes me the petitioner... In accordance with your Affirmation in opposition to petition for Writ of Habeas Corpus the respondents Have paragraphs 1 through 5 when it Should read paragraphs 1 through 6- Where paragraphs 2 and 3 reads paragraph (2) twice. "the fruit of the poisoness tree" the defendants are So, thirsty for a Conviction they are not paying attention to their numbering paragraphs, until I receive my medical records from New York Presbyberian Hospital on the 11th and 12th Day of December 2015 I will forward my medical records indicating my medical Conditions the medications in which I am prescribed. along with my medical care provider address (for Verification- 1824 madison Avenue. New York 10035. "Institute for Family Health, Family Health Center of Harlem.

Respectfully yours!
William Escalera fi
(B:C # 349151412 26)



## ESCALERA, WILLIAM

NYSID: 06334298H BookCase: 3491514126
Facility Code: MDC Housing Area: 7S
46 Y old Male, DOB: 04/27/1969
390 W 34TH ST, NY, NY-10001
Home: 333-333-3333

**Insurance: Medicaid**

**Appointment Facility: Manhattan Detention Center**

**01/04/2016**

**Appointment Provider: Bessie Flores-Clemente, PA**

### Current Medications

Albuterol Sulfate HFA 108 (90 Base)
MCG/ACT Aerosol Solution 2 puffs as needed
Every 6 Hours, as needed, stop date
03/12/2016
Keppra 500 mg Tablet 2 tabs Twice a Day,
stop date 01/12/2016
Hydrochlorothiazide 25 MG Tablet 1 tab
Daily, stop date 03/12/2016
DermaVantage 1 Lotion QS Daily, stop date
01/06/2016
Hydrocortisone 1 % Cream 1 application to
affected area Twice a day, stop date
01/09/2016

### Past Medical History

Chickenpox
Seizures hx
Asthma hx
Eczema hx

### Allergies

N.K.D.A.

### Reason for Appointment

1. Lt-Sided Pain, Eczema Flareup

### History of Present Illness

Notes::
   Pt c/o lt flank pain X couple weeks, s/p altercation before arrest.
Also c/o eczema flareup X couple days.
VISIT COMPLEXITY SCALE:
   NON-INTAKE ACUITY
   *Non-Intake Acuity Scale 2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*

### Vital Signs

| BP | | |
|---|---|---|
| 128/88 | 01/04/2016 11:25:23 AM | Bessie Flores-Clemente |
| **Pulse** | | |
| 66 | 01/04/2016 11:25:23 AM | Bessie Flores-Clemente |
| **RR** | | |
| 14 | 01/04/2016 11:25:23 AM | Bessie Flores-Clemente |
| **Temp** | | |
| 97.0 | 01/04/2016 11:25:23 AM | Bessie Flores-Clemente |
| **SaO2** | | |
| 96 | 01/04/2016 11:25:23 AM | Bessie Flores-Clemente |

### Examination

General Examination:
   GENERAL APPEARANCE: well-appearing, well-developed, no acute distress.
   HEENT: nose - clear, pharynx - clear.
   HEART: normal S1S2.

---

Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Bessie Flores-Clemente, PA   01/04/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   3/7/2016

CHEST: no ecchymosis/swelling/tenderness.
LUNGS: clear to auscultation bilaterally, no wheezes/rhonchi/rales.
SKIN: +scaling to forehead, hyperpigmented patch to rt cubital fossae area.

## Assessments
1. DERMATITIS NOS - 692.9 (Primary)
2. MUSCULOSKEL ANOM NEC/NOS - 756.9

## Treatment
### 1. DERMATITIS NOS
Stop Hydrocortisone Cream, 1 %, 1 application to affected area, Externally, Twice a day, 10 days, Pharmacy
Start Fluocinonide Ointment, 0.05 %, QS, Topical, Twice a Day, 14 days, Pharmacy
Pt ed done. Fluocinonide Oint X 14d.

### 2. MUSCULOSKEL ANOM NEC/NOS
Start Naprosyn Tablet, 250 MG, 500 mg, Orally, Twice a Day, as needed, 4 days, Pharmacy
Pt ed done. Naprosyn X 4d.

### 3. Others
eCW indicated pt has 01/14/2016 Medical FU, Re: Asthma, HTN, Sz Ds.

## Follow Up
prn (Reason: SCT)

Disposition: General Population

**Appointment Provider: Bessie Flores-Clemente, PA**

**Electronically signed by Bessie Flores-Clemente PA on 01/04/2016 at 11:32 AM EST**

**Sign off status: Completed**

Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Bessie Flores-Clemente, PA   01/04/2016
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...    3/7/2016



# ESCALERA, WILLIAM

**NYSID:** 06334298H **BookCase:** 3491514126
**Facility Code:** MDC **Housing Area:** RR
46 Y old Male, DOB: 04/27/1969
390 W 34TH ST, NY, NY-10001
Home: 333-333-3333

**Insurance:** Medicaid

**Appointment Facility:** Manhattan Detention Center

12/13/2015                                        **Appointment Provider:** Mauricio Silva, MD

## Current Medications
None

## Past Medical History
Chickenpox
Hypertension
Seizures

## Social History
General:
Alcohol Hx
   current alcohol use  *No*
Intake social history:
Drug use
   currently using drugs  *No*
   ever used drugs  *No*
   currently in methadone program  *No*
   Ever accidentally overdosed  *No*
   Ever used a needle to inject drugs  *No*
Smoking
   are you a smoker  *current*
   how much do you smoke  *< half a pack a day*
   do you want to quit  *No*
Alcohol
   do you drink  *No*
   (specify)  *occasional*
Violence
   ever hit or assaulted anyone  *Yes*
   ever been charged with sexual offense  *No*
   ever been assaulted  *Yes*
   ever been a victim of sexual abuse  *No*
Education
   grade level completed  *high school*
   learning disability  *No*
   were you in special education  *No*
Sexual history
   sexually active with  *neither*
   current number of sexual partners  *0*
   do you and your partner use condoms  *No*

## Allergies
N.K.D.A.

## Reason for Appointment
1. Intake, male

## History of Present Illness

Asthma:
   Intake hx done by AO, RN. Dental hygeine , TCNY and MPI brochures given to patient with instructions. RHIO and PSYCHES consents obtained.
   Kepra 500mg 2 tabs po, Tylenol2 tab po given. H. Kapadia RN.
New Intake:
   Medical History
      Current medical provider  *hospital clinic*
      Name/address of medical provider  *Dr. Lucas, Family Health Institute, 119 Madison Ave*
      when last seen by medical provider  *< week ago*
      disabilities  *No*
      chickenpox  *yes*
      STD  *No*
      hypertension  *Yes*
      year diagnosed  *2014*
      heart disease  *No*
      diabetes  *No*
      seizures  *Yes*
      date diagnosed  *1985*
      related to  *don't know*
      date last seizure  *1-6 months ago*
      Liver disease  *No*
      kidney disease  *No*
      cancer  *No*
   Asthma History
      asthma  *Yes*
      date diagnosed  *1974*
      ever hospitalized  *No*
      ER visits in the last year  *No*
      needed steroids in last year  *No*
      best peak flow  *don't know*
      how often use rescue inhaler  *couple of times a month*
   TB History
      Have you ever had active TB  *no*
      History of positive Tuberculin Skin Test  *No*

---

**Patient:** ESCALERA, WILLIAM  **DOB:** 04/27/1969  **Progress Note:** Mauricio Silva, MD  12/13/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for ESCALERA, WILLIAM

TB symptoms *None*
Recent exposure to TB *no*
No history of TB or LTBI *Asymptomatic*
HIV History
  HIV/AIDS *no*
  have you ever been tested for HIV *Yes*
  date last tested *11/2015*
  result of last test *negative*
  do you want to have HIV test today *no*
  do you want to be scheduled for HIV test *no*
  reason for declining test *had recent test*
Mental Health History
  Mental health or Nervous problems *Yes*
  What type *Depression,Anxiety*
  Required hospitalization *No*
  in treatment *No*
  Ever tried to hurt or kill yourself *no*
  family history of mental illness *No*
  family history of suicide *No*
  Trouble falling or staying asleep *No*
  Changes in appetite or eating habits *No*
  You feel hopeless or worthless *No*
  Little interest or pleasure in doing things *No*

TEMPLATES:

New Admission MDC/VCBC/RNDC/OBCC/EMTC
Ebola Virus Disease (EVD) Screening:
  Ebola Virus Disease (EVD) Screening
  Travel to a country with widespread EVD transmission (Guinea,
Sierra Leone) in the last 21 days? *No /*
  Exposure to known or suspected Ebola patient in the last 21 days?
*No /*
COMMUNITY MEDICATION FILL HISTORY:
  Did you check Community Medication Fill Database?
  Did you check Community Medication Fill Database? *Yes /*
  Community Medication Fill History Results (Copy/Paste from
Database) /HYDROCORTISONE VAL, 60 0.2% CREAM 60GM -
00713066860 6/28/2015
  LEVETIRACETAM, 30 500MG TABLETS - 68180011302
6/28/2015
  PROAIR INH (200 PUFFS)8.5GM DOS CTR, 8.5 - 59310057922
6/28/2015
  IBUPROFEN, 90 800MG TABLETS - 65162110305 2/8/2015
  HYDROCORTISONE VAL, 60 0.2% CREAM 60GM -
00713066860 6/28/2015
  LEVETIRACETAM, 30 500MG TABLETS - 68180011302
6/28/2015
  PROAIR INH (200 PUFFS)8.5GM DOS CTR, 8.5 - 59310057922
6/28/2015
  IBUPROFEN, 90 800MG TABLETS - 65162110305 2/8/2015

What medication are you currently taking? (As reported by
patient) KEPRA 1000 mg po bid

Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Mauricio Silva, MD   12/13/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

ALBUTEROL MDI
hydrochlothiaze 25 mg
anxiolitic
Hydrocortizone.

330 Suicide Prevention Form:
    330 Suicide Prevention Form
        330 Suicide Prevention Form present?  *Yes*
        330 Suicide Prevention Form reviewed by intake clinician?  *Yes*

Asthma Teaching:
    overexertion Dust, Pollen, Smoke, Stress & Anxiety.
    Medication compliance using albuterol daily.
    Asthma control Asymptomatic.
    Inhaler technique good technique.
    Educated on: Components of asthma- inflammatory and
bronchospasm, Avoidance of triggers, Inhaler/Discus use, Controller
medication use, Rescue Medication use, Signs and symptoms of acute
attack, How to access clinic.
    Asthma Action Plan Action plan reviewed.

VISIT COMPLEXITY SCALE:
    INTAKE ACUITY
        Intake Acuity Scale  *4: More than 3 chronic conditions or a
problem requiring hospital transfer*

## Vital Signs

| Ht | | |
|---|---|---|
| 5 ft 7 in | 12/13/2015 11:29:03 PM | Shelly Williams |
| **Wt** | | |
| 175 | 12/13/2015 11:29:03 PM | Shelly Williams |
| **BMI** | | |
| **27.41** | 12/13/2015 11:29:03 PM | Shelly Williams |
| **BP** | | |
| 133/90 | 12/13/2015 11:29:03 PM | Shelly Williams |
| **Pulse** | | |
| 70 | 12/13/2015 11:29:03 PM | Shelly Williams |
| **RR** | | |
| 14 | 12/13/2015 11:29:03 PM | Shelly Williams |
| **Temp** | | |
| 97.4 | 12/13/2015 11:29:03 PM | Shelly Williams |
| **Peak Flow** | | |
| 350 | 12/13/2015 11:29:03 PM | Shelly Williams |

**Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Mauricio Silva, MD   12/13/2015**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...    3/7/2016

| SaO2 | | |
|---|---|---|
| 99 | 12/13/2015 11:29:03 PM | Shelly Williams |

## Past Orders

### EKG (DI) (Order Date - 12/13/2015)
Result: Refused

Notes: Ojurongbe,Abimbola , RN 12/13/2015 11:27:38 PM > Patient is alert and oriented x3, not in acute distress. Patient denies chest pain, no SOB noted. Patient refused 12 Lead EKG, signed the refusal form. A. Ojurongbe, RN

### Rapid HIV Test (Order Date - 12/13/2015)
Result: Refused

Rapid HIV Test                    REFUSED

Notes: Williams,Shelly , PCA 12/13/2015 11:29:01 PM > REFUSED

### Urine Drug Screen (Order Date - 12/13/2015) (Collection Date - 12/13/2015)
Result: Normal/Negative/Non-Reactive

| Cocaine | NEG |
|---|---|
| Meth | NEG |
| Opiates | NEG |
| Benzos | NEG |

Notes: Jacob,Lena , PCA 12/13/2015 11:50:54 PM > ,

## Physical Examination

### General Appearance:
General Appearance:  Normal.

Hygiene: /.

Ill-appearance: /.

Speech: /.

Eye contact: /.

Build: /.

### BACK:
General:  Normal.

Spine: /.

ROM: /.

### HEENT:
Head:  normocephalic, atraumatic.

General  Normal.

Eyes:  PERRLA, EOMI, no nystagmus, non-icteric sclera, conjunctiva clear.

Fundi:  normal.

Ears:  normal, tympanic membranes intact bilaterally, ear canals unremarkable, external ear unremarkable, no gross hearing deficits.

Nose:  /, normal mucosa, no deviation, clear discharge.

Throat:  no erythema or exudate.

Oral cavity:  no lesions seen. Left upper lip with simple suture.

### NECK:
General:  normal.

Cervical lymph nodes: /.

---

Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Mauricio Silva, MD   12/13/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Thyroid: /.
CHEST:
    Shape and expansion: /.
    General normal.
DERMATOLOGY:
    Skin: /.
    Rash: /.
    Tattoos: /.
    General Normal.
BREASTS:
    General _____.
LUNGS:
    Auscultation: /.
    General Normal.
    Airflow: /.
    Rate: /.
    Percussion: /.
    Effort: /.
HEART:
    Rate: /.
    General Normal.
    Rhythm: /.
    Heart sounds: /.
    Murmurs: /.
    PMI: /.
ABDOMEN:
    General soft, nontender, BS +,.
    Auscultation: /.
    Palpation /.
    Hernia: /.
RECTUM/ANUS:
    Digital Rectal Exam /, Not Indicated.
    General _____.
    Hemorrhoids: /.
    Hemoccult: /.
GU - MALE:
    General Normal.
    External genitals: /.
    Penis: /.
    Scrotum: /.
    Testicles: /.
    Prostate: /.
EXTREMITIES:
    General: Normal.
LYMPHATICS:
    Lymph Nodes /.
    General Normal.
    Lymphedema: /.
NEUROLOGICAL:
    General: Normal.
    Cranial Nerves: /.
    Motor: /.
    Sensory: /.

Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Mauricio Silva, MD   12/13/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   3/7/2016

Reflexes: /.
Plantars: /.
Cerebellar: /.
Gait: /.
Cognition: /.
Involuntary Movements: /.
Speech: /.
Muscle Bulk: /.
Tone: /.

MENTAL STATUS EXAM:
   Orientation  oriented to person, place and time.
   General  Normal.
   Speech  normal.
   Affect  appropriate to mood.
   Mood  euthymic.
   Psychomotor  normal.
   Thought Process  logical.
   Delusions  denied.
   Hallucinations  denied.
   Suicidal ideation  denied.
   Homicidal ideation  denied.

**Assessments**
1. ROUTINE MEDICAL EXAM - V70.0 (Primary)
2. Atopic eczema - 691.8
3. Tobacco use disorder - 305.1
4. Screening for other and unspecified cardiovascular conditions -
V81.2
5. EPILEPSY-UNSPECIFIED - 649.40
6. ASTHMA NOS - 493.90, Well controlled
7. Hypertension - 997.91, Well controlled.
8. Anxiety state, unspecified - 300.00

**Treatment**
**1. ROUTINE MEDICAL EXAM**
   LAB: Rapid HIV Test
   LAB: RPR SEROLOGY
   LAB: QUANTIFERON-TB IN-TUBE NY
   LAB: Urine Drug Screen
   LAB: HEPATITIS C ANTIBODY, EIA
   LAB: CHLAMYDIA /GC, URINE
Urine drug screen: Negative
Normal exam.
Referral To:Mental Health MDC   Mental health
        Reason:Pateitn with HX of depression and anxiety. Reprots
taking and unknown anxiolitic. Kindly evalaute. Thank you.

**2. Atopic eczema**
Will observe as patietn request oinment for hydrocortisone but it is no
longer available.

**3. Tobacco use disorder**
Advised to stop.

Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Mauricio Silva, MD   12/13/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Summary View for ESCALERA, WILLIAM

**4. Screening for other and unspecified cardiovascular conditions**
Diagnostic Imaging:EKG (DI)

**5. EPILEPSY-UNSPECIFIED**
Start Keppra Tablet, 500 mg, 2 tabs, Orally, Twice a Day, 30 days, Pharmacy
Start Keppra Tablet, 500 mg, 2 tabs, Orally, Stat, 0 days, RN-DOT
    LAB: CBC w DIFF & PLATELETS

**6. ASTHMA NOS**
Start Albuterol Sulfate HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs as needed, Inhalation, Every 6 Hours, as needed, 90 days, Pharmacy
Well controlled on Albuterol.
Follow-up in 4 weeks.

**7. Hypertension**
Start Hydrochlorothiazide Tablet, 25 MG, 1 tab, Orally, Daily, 90 days, Pharmacy
Start Hydrochlorothiazide Tablet, 25 MG, 1 tab, Orally, Stat, 0 days, RN-DOT
    LAB: CHEM 7 PANEL
    LAB: LIVER PROFILE
    LAB: LIPID SCREEN (CORONARY RISK I)
Weel controlled.
Will contionue HCTZ 25 mg po daily
Refused EKG.

**8. Others**
Start Tylenol Tablet, 325 MG, 2 tabs, Orally, Stat, 0 days, RN-DOT

**Immunization**
Hepatitis B (20 and more) - Refused : 1.0
Influenza - Refused

**Preventive Medicine**
Counseling:
    Smoking .
    Diet .
    Exercise .
    Injury prevention .

    Sexual practices .

**Procedure Codes**
Hepatitis B (20 and more) - Refused
90746 HEP B VACCINE, ADULT, IM
Influenza - Refused

Disposition: General Population

---

Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Mauricio Silva, MD   12/13/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   3/7/2016

**Appointment Provider: Mauricio Silva, MD**

**Electronically signed by Mauricio Silva , MD on 12/14/2015 at 05:21 AM EST**

**Sign off status: Completed**

Manhattan Detention Center
125 White Street
New York, NY 10013
Tel:
Fax:

Patient: ESCALERA, WILLIAM   DOB: 04/27/1969   Progress Note: Mauricio Silva, MD   12/13/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Emeka Cyr (B.O.C# 349151411826)
275 Atlantic Avenue.
New York. 11201.

(Legal Mail. U.S.)

Loretta L. Preska, Chief United States District Judge.
Southern District of New York
500 Pearl Street
New York, New York 10007

SDNY PRO SE OFFICE
2016 MAY 31  PM 12:2

USMP3
SDNY