UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| WILLIAM ESCALERA, | |
|---|---|
| Plaintiff, | 16-CV-0079 (LAP) |
| -against- | 16-CV-0645 (LAP) |
| DEPARTMENT OF HOMELESS SERVICES SAMARITAN VILLAGE, | ORDER |
| Defendant. | |
| WILLIAM ESCALERA, | |
| Plaintiff, | |
| -against- | |
| DEPARTMENT OF HOMELESS SERVICES SMARITAN VILLAGE MEN'S SHELTER, | |
| Defendant. | |

LORETTA A. PRESKA, United States District Judge:

  On September 12, 2016, the Court received a motion to recuse from Plaintiff; the motion was filed in both of these actions. On November 22, 2016, the Court received a letter from Plaintiff requesting the withdrawal of that motion. Plaintiff's request is granted. The Court instructs the Clerk of Court to close the motion to recuse that is pending in both of these actions. (No. 16-CV-0079 (LAP) ECF No. 12; No. 16-CV-0645 (LAP) ECF No. 9.)

  The Clerk of Court is directed to mail a copy of this order to Plaintiff at the following address: William Escalera, 3491514126, Robert N. Davoren Center, 11-11 Hazen Street, East Elmhurst, New York 11370. The Clerk of Court must note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 2, 2016
            New York, New York

                                                  LORETTA A. PRESKA
                                                  United States District Judge

.